## Commonwealth *v.* Burkey, Appellant.

Submitted November 8, 1971. *John P. Liekar*, Public Defender, for appellant; *George E. Anthou*, Assistant District Attorney, and *Jess D. Costa*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Champion, Appellant.

Submitted December 8, 1971. *Sidney Levinson* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Peter J. Smith* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.